```
 1  Justin Fok, Esq., CSBN: 242272
    Law Offices of Jean D. Chen
 2  2107 N. First Street, Suite 300
 3  San Jose, CA 95131
    Telephone: (408) 437-1788
 4  Facsimile:  (408) 437-9788
    Email: jfok@jclawoffice.com
 5
 6  Attorney for Plaintiffs
    Jin Wu and Chang Zhang
 7
 8              UNITED STATES DISTRICT COURT
 9              NORTHERN DISTRICT OF CALIFORNIA
10
    Jin Wu and Chang Zhang            )  Case No. C07 03118
11                                    )
12          Plaintiffs,                )
                                      )
13      v.                             )
                                      )
14  Alberto Gonzales, United States Attorney )
    General, U.S. Department of Justice;  )  CERTIFICATION OF INTERESTED
15  Michael Chertoff, Secretary of the  )  ENTITIES OR PERSONS
16  Department of Homeland Security;    )
    Emilio T. Gonzalez, Director of United States )
17  Citizenship and Immigration Services;  )  Immigration Case
18                                    )
            Defendants                 )
19                                    )
20                                    )
21                                    )
22
23      Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
24  named parties, there is no such interest to report.
25  ///
26  ///
27  ///
28  ///
```

Case No.                                            1
Certification of Interested Entities or Persons

Dated: 6/13/07

Respectfully Submitted,

Justin Fok, CSBN: 242272
Attorney for Plaintiffs

Case No.    2
Certification of Interested Entities or Persons