# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

Jin Wu and Chang Zhang

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

Alberto Gonzales, United States Attorney General, United States Department of
Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services

C07 03118

JF

PVT

TO: (Name and address of defendant)

Emilio T. Gonzalez
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within  60   days after service of this summons upon you,
exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

Betty J. Walton

(BY) DEPUTY CLERK

DATE_____  JUN 1 3 2007

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

E-Filing
ADR

Jin Wu and Chang Zhang

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

v.

C07 03118

Alberto Gonzales, United States Attorney General, United States Department of
Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services

JF

PVT

TO: (Name and address of defendant)

Michael Chertoff
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within  60  days after service of this summons upon you,
exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking

CLERK

*Betty J. Walton*

Betty J. Walton

(BY) DEPUTY CLERK

JUN 13 2007

DATE_____

# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

ADR

E-Filing

Jin Wu and Chang Zhang

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Alberto Gonzales, United States Attorney General, United States Department of
Justice;
Michael Chertoff, Secretary of the Department of Homeland Security;
Emilio T. Gonzalez, Director of United States Citizenship and Immigration Services

C07 03118

JF

PVT

TO: (Name and address of defendant)

Alberto Gonzales
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Justin Fok (CSB# 242272)
2107 N. First St., Suite 300
San Jose, CA 95131
Tel: (408) 437-1788
Fax: (408) 437-9788

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you,
exclusive of the day of service.  If you fail to do so, judgement by default will be taken against you for the relief demanded in
the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

*Betty J. Walton*

Betty J. Walton

_____
(BY) DEPUTY CLERK

JUN 13 2007

DATE_____

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and Complaint was made by me [1] | DATE | 6/15/2007 |
| Name of SERVER  Bo Li | TITLE | Office Administrator |

*Check one box below to indicate appropriate method of service*

☐ Served Personally upon the Defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☑ Other *(specify)*:

Certified mail with return receipt

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | U.S.P.S. | $ 34.29 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    6/15/2007
_____
Date

Signature of Server   Law Offices of Jean D. Chen
2107 N. First Street, Suite 300
San Jose, CA 95131
_____
Address of Server

(1)   As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure









**PROOF OF SERVICE BY MAILING**

I am over the age of 18 and not a party to the within action. I am an employee of the Law Offices of Jean D. Chen and my business address is:

2107 N. First St., Suite 300, San Jose CA, 95131

On ___6·15·07___ I served:

1) **Summons in a Civil Action;**
2) **Plaintiff's Original Complaint for Writ in the Nature of Mandamus and Declaratory Judgment under 28 U.S.C. § 1361**
3) **Order setting initial case management conference and deadlines; contents of joint case management statement standing order regarding case management in civil cases; standing order re pretrial preparation**

on the persons or entities named below, for the case Wu v. Gonzales, et al., **(07-03118 JF PVT)** by placing said documents in an envelope, which was then sealed, with postage fully paid and addressed as follows:

Alberto Gonzales (By certified mail with return receipt)
United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Michael Chertoff (By certified mail with return receipt)
Secretary of the Department of Homeland Security
U.S. Department of Homeland Security
Washington, DC 20528

Emilio T. Gonzalez (By certified mail with return receipt)
Director
U.S. Citizenship and Immigration Services
425 I Street, NW
Washington, DC 20536-0003

United States Attorney's Office (By certified mail with return receipt)
450 Golden Gate Avenue
11th Floor
San Francisco, CA 94102

Office of the General Counsel (By certified mail with return receipt)
U.S. Department of Homeland Security
Washington, DC 20528

Proof of Service: C07-03118 JF PVT                    1
Wu, et al, v. Gonzales, et al.

1   Date of mailing: __6·15·07__   Place of mailing: San Jose, California.

2

3   I declare under penalty of perjury under the laws of the United States of America that the

4   forgoing is true and correct.

5

6

7   Executed this __6·15·07__ at San Jose, California

8

9                              Bo Li

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Proof of Service: C07-03118 JF PVT         2
Wu, et al, v. Gonzales, et al.