SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6915
    FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIN WU and CHANG ZHANG, | ) |
|                 Plaintiffs, | ) No. C 07-3118 JF |
|        v. | ) STIPULATION TO EXTEND DATES and [PROPOSED] ORDER |
| ALBERTO GONZALES, United States Attorney General, U.S. Department of Justice; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO GONZALEZ, Director of Unite States Citizenship and Immigration Services, | ) |
|                 Defendants. | ) |

    Plaintiffs, by and through their attorneys of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

    1. Plaintiffs filed this action on or about June 13, 2007. Defendants' answer is currently due on August 17, 2007.

    2. Pursuant to this Court's June 13, 2007 Order Setting Initial Case Management Conference, the parties are required to file a joint case management statement on September 7, 2007, and attend a case management conference on September 14, 2007.

    3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask

Stip. to Extend Dates
C 07-3118 JF

1 | this Court to extend the dates in the Court's scheduling order as follows:

2 | Last day to file Defendants' Answer: September 17, 2007

3 | Last day to file Joint ADR Certification: September 28, 2007

4 | Last day to file/serve Joint Case Management Statement: October 12, 2007

5 | Case Management Conference: October 19, 2007 at 10:30 a.m.

6

7 | Date: August 17, 2007                     Respectfully submitted,

  |                                            SCOTT N. SCHOOLS
8 |                                            United States Attorney

9

  |                                                     /s/
10|                                            EDWARD A. OLSEN
  |                                            Assistant United States Attorney
11|                                            Attorneys for Defendants

12

13|                                                     /s/
  | Date: August 17, 2007                     JUSTIN FOK
14|                                            Attorney for Plaintiffs

15
                                   **ORDER**
16
       Pursuant to stipulation, IT IS SO ORDERED.
17

18| Date:
                                            JEREMY FOGEL
19|                                            United States District Judge

20

21

22

23

24

25

26

27

28

Stip. to Extend Dates
C 07-3118 JF