**E-filed 9/10/07**

1  SCOTT N. SCHOOLS, SC SBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                 UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                     SAN JOSE DIVISION

12 JIN WU and CHANG ZHANG,           )
                                     ) No. C 07-3118 JF
13            Plaintiffs,            )
                                     )
14     v.                            ) STIPULATION TO EXTEND DATES and
                                     ) [PROPOSED] ORDER
15 ALBERTO GONZALES, United States   )
   Attorney General, U.S. Department of Justice; )
16 MICHAEL CHERTOFF, Secretary of the )
   Department of Homeland Security;  )
17 EMILIO GONZALEZ, Director of Unite States )
   Citizenship and Immigration Services, )
18                                   )
              Defendants.            )
19 _____   )

20     Plaintiffs, by and through their attorneys of record, and Defendants, by and through their

21 attorneys of record, hereby stipulate, subject to the approval of the Court, to the following:

22     1. Plaintiffs filed this action on or about June 13, 2007. Defendants' answer is currently due on

23 August 17, 2007.

24     2. Pursuant to this Court's June 13, 2007 Order Setting Initial Case Management Conference,

25 the parties are required to file a joint case management statement on September 7, 2007, and attend

26 a case management conference on September 14, 2007.

27     3. In order to allow sufficient time for USCIS to consider an alternative resolution to this case

28 and/or Answer and prepare a joint case management statement, the parties hereby respectfully ask

Stip. to Extend Dates
C 07-3118 JF

1 | this Court to extend the dates in the Court's scheduling order as follows:

2 | Last day to file Defendants' Answer: September 17, 2007

3 | Last day to file Joint ADR Certification: September 28, 2007

4 | Last day to file/serve Joint Case Management Statement: October 12, 2007

5 | Case Management Conference: October 19, 2007 at 10:30 a.m.

Date: August 17, 2007         Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

_____/s/_____
Date: August 17, 2007         JUSTIN FOK
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 9/10/07
_____
JEREMY FOGEL
United States District Judge

Stip. to Extend Dates
C 07-3118 JF