1  SCOTT N. SCHOOLS, SCSBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-6915
       FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12  JIN WU and CHANG ZHANG,                )
                                           )   No. C 07-3118 JF
13              Plaintiffs,                 )
                                           )
14              v.                          )   **ANSWER**
                                           )
15  ALBERTO GONZALES, United States        )
    Attorney General, U.S. Department of Justice;  )
16  MICHAEL CHERTOFF, Secretary of the     )
    Department of Homeland Security;       )
17  EMILIO GONZALEZ, Director of Unite States  )
    Citizenship and Immigration Services,  )
18                                          )
                Defendants.                 )
19  _____)

20      The Defendants hereby submit their answer to Plaintiffs' Original Complaint for Writ in the

21  Nature of Mandamus and Declaratory Judgment Under 28 U.S.C. § 1361.

22      1.  Defendants admit the allegations in Paragraph One, however, defendants deny that the delay

23  is improper or that the action has been withheld.

24      2.  Defendants admit the allegations in Paragraph Two.

25      3.  Defendants admit the allegations in Paragraph Three.

26      4.  Defendants admit the allegations in Paragraph Four.

27      5.  Defendants admit the allegations in Paragraph Five.

28      6.  Defendants admit the allegations in Paragraph Six.

ANSWER
C 07-3118 JF

**JURISDICTION**

7.  Paragraph Seven consists of plaintiffs' allegations regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, defendants deny that this Court has jurisdiction under any of the provisions cited in Paragraph Seven.

**VENUE**

8.  Paragraph Eight consists of plaintiffs' allegations regarding venue, to which no responsive pleading is required.

**INTRADISTRICT ASSIGNMENT**

9.  Defendants admit the allegations in Paragraph Nine.

**EXHAUSTION OF REMEDIES**

10.  Defendants deny the allegations in Paragraph Ten.

**CAUSE OF ACTION**

11.  Defendants admit the allegations in Paragraph Eleven.

12.  Defendants admit the allegations in Paragraph Twelve.

13.  Defendants admit the allegations in Paragraph Thirteen.

14.  Defendants are without sufficient information or knowledge to either admit or deny the allegations in Paragraph Fourteen.

15.  Defendants are without sufficient information or knowledge to either admit or deny the allegations in Paragraph Fifteen.

16.  Defendants are without sufficient information or knowledge to either admit or deny the allegations in Paragraph Sixteen.

17.  Defendants are without sufficient information or knowledge to either admit or deny the allegations in Paragraph Seventeen.

18.  Defendants admit the first sentence in Paragraph Eighteen; however, defendants deny the remaining allegations.

19.  Defendants deny the allegations in Paragraph Nineteen.

20.  Defendants deny the allegations in Paragraph Twenty.

ANSWER
C 07-3118 JF

1   21.  Defendants deny the allegations in Paragraph Twenty-One.

2   22.  Defendants deny the allegations in Paragraph Twenty-Two.

3   23.  Defendants deny the allegations in Paragraph Twenty-Three.

4   24.  Defendants deny the allegations in Paragraph Twenty-Four.

5   25.  Defendants deny the allegations in Paragraph Twenty-Five.

6                              **PRAYER**

7   26.  Paragraph Twenty-Six consists of plaintiffs' prayer for relief, to which no admission or

8  denial is required; to the extent a responsive pleading is deemed to be required, defendants deny

9  this paragraph.

10                    **FIRST AFFIRMATIVE DEFENSE**

11   ___Plaintiffs' complaint fails to state a claim upon which relief may be granted.

12                    **SECOND AFFIRMATIVE DEFENSE**

13   The court should dismiss the Complaint for lack for subject matter jurisdiction.

14   WHEREFORE, Defendants pray for relief as follows:

15   That judgment be entered for defendants and against plaintiffs, dismissing plaintiffs'

16  Complaint with prejudice; that plaintiffs take nothing; and that the Court grant such further relief

17  as it deems just and proper under the circumstances.

18  Dated: September 17, 2007          Respectfully submitted,

19                           SCOTT N. SCHOOLS

20                           United States Attorney

21                           /s/

22                           EDWARD A. OLSEN

                             Assistant United States Attorney

23                           Attorneys for Defendants

24

25

26

27

28

ANSWER
C 07-3118 JF