| | |
|---|---|
| 1 | Justin Fok, Esq., CA State Bar #242272 |
| 2 | Law Offices of Jean D. Chen |
|   | 2107 N. First Street, Suite 300 |
| 3 | San Jose, CA 95131 |
|   | Telephone: (408) 437-1788 |
| 4 | Facsimile:  (408) 437-9788 |
| 5 | Email: jfok@jclawoffice.com |
| 6 | Attorney for Plaintiffs |
|   | Jin Wu and Chang Zhang |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| **Jin Wu and Chang Zhang,** | ) Case No. C 07-3118 JF |
| | ) |
| Plaintiff, | ) **PARTIES JOINT REQUEST TO BE** |
| | ) **EXEMPT FROM FORMAL ADR** |
| v. | ) **PROCESS** |
| | ) |
| **Alberto Gonzales**, United States Attorney | ) |
| General, U.S. Department of Justice; | ) |
| **Michael Chertoff**, Secretary of the | ) |
| Department of Homeland Security; | ) |
| **Emilio T. Gonzalez**, Director of United States | ) |
| Citizenship and Immigration Services; | ) |
| | ) |
| Defendants. | ) |
| | ) |

Each of the undersigned certifies that he or she has read either the handbook entitled "Dispute Resolution Procedures in the Northern District of California," or the specified portions of the ADR Unit's Internet site <www.adr.cand.uscourts.gov>, discussed the available dispute resolution options provided by the court and private entities, and considered whether this case might benefit from any of them. Here, the parties agree that referral to a formal ADR process will not be beneficial because this mandamus action is limited to plaintiffs' request that this

Parties' Joint Request for Exemption          1
C 07-3118 JF

Court compel defendants to adjudicate the application for adjustment of status. Given the substance of the action and the lack of any potential middle ground, ADR will only serve to multiply the proceedings and unnecessarily tax court resources. Accordingly, pursuant to ADR L.R. 3-3(c), the parties request the case be removed from the ADR Multi-Option Program and that they be excused from participating in the ADR phone conference and any further formal ADR process.

Respectfully Submitted,

Dated: September 28, 2007  _____/s/_____
Justin G. Fok
Attorney for Plaintiff

Dated: September 28, 2007  \_\_\_\_/s/_____
Edward A. Olsen
Assistant United States Attorney
Attorney for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: _____
JEREMY FOGEL
United States District Judge

Parties' Joint Request for Exemption      2
C 07-3118 JF