```
 1  Justin Fok, Esq., CA Bar: 242272
    Law Offices of Jean D. Chen
 2  2107 N. First Street, Suite 400
    San Jose, CA 95131
 3  Telephone: (408) 437-1788
 4  Facsimile:  (408) 437-9788
    Email: jfok@jclawoffice.com
 5
 6  Attorney for Plaintiffs
    Jin Wu and Chang Zhang
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jin Wu and Chang Zhang**        ) | Case No.  07-3118 JF |
|                                   ) | |
|          Plaintiffs,              ) | |
|                                   ) | |
|     v.                            ) | **NOTICE OF CHANGE OF ADDRESS** |
|                                   ) | |
| **Alberto Gonzales**, United States Attorney ) | |
| General, U.S. Department of Justice; ) | |
| **Michael Chertoff**, Secretary of the ) | |
| Department of Homeland Security;  ) | |
| **Emilio T. Gonzalez**, Director of United States ) | |
| Citizenship and Immigration Services; ) | |
|                                   ) | |
|          Defendants.              ) | |

NOTICE OF CHANGE OF ADDRESS

TO ALL PARTIES AND THEIR ATTORNEY OF RECORD:

PLEASE TAKE NOTICE THAT Justin G. Fok has changed his address.

Current Contact Information:


Justin G. Fok
Law Offices of Jean D. Chen
2107 N. First Street, Suite 400
San Jose, CA 95131

Case No. 07-3118 JF                            1
Notice of Change of Address

1
2   Dated: October 17, 2007                              Respectfully Submitted,
3
4                                                        _____/s/_____
                                                         Justin Fok, CA Bar: 242272
5                                                        Attorney for Plaintiff
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Case No. 07-3118 JF                    2
Notice of Change of Address