# UNITED STATES DISTRICT COURT
### JUDGE JEREMY FOGEL, PRESIDING
#### COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, October 19, 2007
**Case Number:** CV-07-3118-JF/PVT

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

---

TITLE:    JIN WU, ET AL V.  ALBERTO GONZALES, ET AL

           **PLAINTIFF**           **DEFENDANT**

**Attorneys Present: Justin Fok**           **Attorneys Present: Edward Olsen**

---

PROCEEDINGS:
    Case management conference held.  Parties are present.
    Parties consent to reassignment to Magistrate Judge Trumbull for all purposes.
    The case shall be reassigned upon receipt of signed consents by all parties.