Justin Fok, Esq., CSBN: 242272
Law Offices of Jean D. Chen
2107 N. First Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiffs
**Jin Wu** and **Chang Zhang**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Jin Wu** and **Chang Zhang** | Case No. C07-3118 JF PVT |
| Plaintiffs, | |
| v. | |
| **Alberto Gonzales**, United States Attorney General, U.S. Department of Justice; **Michael Chertoff**, Secretary of the Department of Homeland Security; **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services; | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| Defendants | **Immigration Case** |

In accordance with the provisions of Title 28, U.S.C Section 636(c), the undersigned parties hereby consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth circuit.

///

///

1   Dated:  October 22, 2007                    Respectfully Submitted,

2

3                                        _____/s/_____

4                                        Justin Fok, CSBN: 242272
                                         Attorney for Plaintiffs
5

6   Dated:  October 22, 2007                    _____/s/_____

7                                        Edward A. Olsen
                                         Assistant United States Attorney
8                                        Attorney for Defendants

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28