**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

JIN WU, CHANG ZHANG,    C 07-3118 PVT

    *Plaintiff(s)*,

**CLERK'S NOTICE SCHEDULING**
**CASE MANAGEMENT CONFERENCE**

vs.

ALBERTO GONZALES, ET AL.,

    *Defendant(s)*.

    Please take notice that a Case Management Conference is scheduled for **November 20, 2007 at 2:00 p.m.** before Magistrate Patricia V. Trumbull. Parties are to file a Joint Case Management Conference on or before November 13, 2007. Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: November 8, 2007

/s/ Corinne Lew

Corinne Lew
DEPUTY CLERK