1  SCOTT N. SCHOOLS, SCSBN 9990
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                        SAN JOSE DIVISION

12  JIN WU and CHANG ZHANG,           )
                                      )  No. C 07-3118-PVT
13          Plaintiffs,                )
                                      )
14          v.                         )  **STIPULATION TO VACATE CASE**
                                      )  **MANAGEMENT CONFERENCE OR, IN**
15  ALBERTO GONZALES, United States    )  **THE ALTERNATIVE, TO APPEAR**
    Attorney General, U.S. Department of Justice; )  **TELEPHONICALLY**
16  MICHAEL CHERTOFF, Secretary of the )
    Department of Homeland Security;   )  Date:  November 20, 2007
17  EMILIO GONZALEZ, Director of Unite States )  Time:  2:00 p.m.
    Citizenship and Immigration Services, )
18                                     )
            Defendants.                )
19

20      The plaintiffs, by and through their attorneys of record, and defendants, by and through their

21  attorneys of record, hereby jointly ask this Court to vacate the case management conference,

22  currently scheduled for November 20, 2007, and to adopt the briefing schedule proposed in the

23  parties' joint case management statement, in light of the facts that: (1) the parties believe this case

24  can be resolved on cross-motions for summary judgment; (2) the parties do not anticipate the need

25  for any discovery; (3) the parties have agreed on a briefing schedule and a proposed hearing date;

26  and (4) the government attorney assigned to this case, Edward A. Olsen, will be on vacation from

27  November 19-23, 2007.

28      In the alternative, the parties jointly ask this Court for permission to appear at the case

STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE
C 07-3118 PVT

1  management conference telephonically.

2

3

4  Dated: November 13, 2007                    Respectfully submitted,

5                                              SCOTT N. SCHOOLS
                                               United States Attorney
6
                                                    /s/
7                                              EDWARD A. OLSEN
                                               Assistant United States Attorney
8                                              Attorneys for Defendants

9
   Dated: November 13, 2007                         /s/
10                                             JUSTIN FOK
                                               Law Offices of Jean D. Chen
11                                             Attorneys for Plaintiffs

12

13

14
                                **ORDER**
15
       Pursuant to stipulation, IT IS SO ORDERED.
16

17

18  Date:                                      _____
                                               PATRICIA V. TRUMBULL
19                                             United States Magistrate Judge

20

21

22

23

24

25

26

27

28

STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE
C 07-3118 PVT