Justin Fok, Esq., CSB#242272
Law Offices of Jean D. Chen
2107 N. 1st Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiffs
Jin Wu and Chang Zhang

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **Jin Wu** and **Chang Zhang,**<br><br>        Plaintiffs,<br><br>   v.<br><br>**Alberto Gonzales,** United States Attorney General, U.S. Department of Justice;<br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services;<br><br>        Defendants | Case No. C 07-3118 PVT<br><br>**JOINT CASE MANAGEMENT STATEMENT; AND [PROPOSED] ORDER** |

**1. Jurisdiction and Service**

The basis asserted by Plaintiff for this Court's jurisdiction is 28 U.S.C. § 1361, 28 U.S.C. § 1331, and 5 U.S.C. §§ 551, 702.  The parties do not dispute that venue is proper in this district. No issues exist regarding personal jurisdiction or venue, and no parties remain to be served.

**2.  Facts**

Plaintiffs are natives of China who have applied to adjust status to lawful permanent residence with the United States Citizenship and Immigration Services (USCIS) on April 27, 2005.  The

USCIS has yet to adjudicate Plaintiffs' I-485 applications.  The plaintiffs filed an action, through counsel, on June 13, 2007, seeking an order from this Court directing USCIS to adjudicate the I-485 applications.

**3. Legal Issues**

1. Whether this Court should dismiss the plaintiffs' action for failure to state a claim and for lack of subject matter jurisdiction.

2. Whether the delay in the adjudication of Plaintiffs' I-485 applications is unreasonable.

**4. Motions**

No motions have been filed.  The parties intend to file cross-motions for summary judgment.

**5. Amendment of Pleadings**

No parties, claims or defenses are expected to be added or dismissed.

**6. Evidence Preservation**

The parties do not have any evidence that falls within this category.

**7. Disclosures**

The parties believe that review will be confined to the administrative record and thus the disclosure requirements of Fed. R. Civ. P. 26 do not apply.

**8. Discovery**

The parties do not intend to take any discovery in this case.

**9. Class Actions**

N/A

**10. Related Cases**

The parties are not aware of any related case or cases.

**11. Relief**

The plaintiffs ask this Court to direct the USCIS to adjudicate the I-485 applications forthwith.

**12. Settlements and ADR**

On September 28, 2007, the parties filed a request to be excused from the formal ADR process for this case.

**13. Consent to Magistrate Judge for All Purposes**

Case No. C 07-3118 PVT                         2
JOINT CASE MANAGEMENT STATEMENT; AND [PROPOSED] ORDER

1 | The parties consented to proceed before a Magistrate Judge on October 22, 2007

2 | **14. Other References**

3 | The parties do not believe that this case is suitable for reference to binding arbitration, a special
4 | master, or the Judicial Panel on Multidistrict Litigation.

5 | **15. Narrowing of Issues**

6 | The parties do not believe that the issues can be narrowed by agreement or by motion, and do not
7 | have suggestions to expedite the presentation of evidence at trial, and any request to bifurcate
8 | issues, claims or defenses.

9 | **16. Expedited Schedule**

10 | The parties believe this case can be resolved on cross motions for summary judgment.

11 | **17. Scheduling**

12 | The parties will notice and move for summary judgment with the following proposed due dates:

13 |     Parties' cross-motions for summary judgment:    January 8, 2008
14 |     Parties' opposition motions:    January 22, 2008

15 | The Parties respectfully request that the Court take this matter under submission based on the
16 | above motions and that no summary judgment hearing be held for this case. Should the Court
17 | deem that a hearing is necessary, the parties propose a summary judgment hearing date of
18 | February 12, 2008.

19 | **18. Trial**

20 | The parties do not anticipate the need for a trial in this case.

21 | **19. Disclosure of Non-Party Interested Entities or Persons**

22 | Plaintiffs filed the "Certification of Interested Entities or Persons" on June 13, 2007 required by
23 | Civil Local Rule 3-16.

24 | **20. Such other matters as may facilitate the just, speedy and inexpensive disposition of this**
25 | **matter**

26 | None.
27 | ///
28 | ///

Case No. C 07-3118 PVT    3
JOINT CASE MANAGEMENT STATEMENT; AND [PROPOSED] ORDER

1 | Dated: November 13, 2007                                   _____/s/_____
                                                                Justin G. Fok
2                                                               Law Offices of Jean D. Chen
                                                                Attorney for Plaintiff
3

4

5

6 | Dated: _____, 2007                                    _____  _____
                                                                Edward A. Olsen
7                                                               Assistant United States Attorney
                                                                Attorney for Defendants
8

9

10

11

12

13                                            **ORDER**

14        The Case Management Statement and Proposed Order are hereby adopted as the Case

15   Management Order for the case and the parties are hereby ordered to comply with this order.

16

17

18 | Dated: _____        _____
                                                   **Patricia V. Trumbull**
19                                                 United States Magistrate Judge

20

21

22

23

24

25

26

27

28

Case No. C 07-3118 PVT                 4
JOINT CASE MANAGEMENT STATEMENT; AND [PROPOSED] ORDER