UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JIN WU, et al., | ) | Case No.: C 07-3118 PVT |
| Plaintiffs, | ) ) | **ORDER SETTING HEARING AND BRIEFING SCHEDULE, AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| v. | ) ) | |
| ALBERTO GONZALES, et al., | ) ) | |
| Defendants. | ) ) | |

On November 13, 2007, the parties filed a Stipulation to Vacate Case Management Conference or, in the alternative, to Appear Telephonically, along with their Joint Case Management Conference Statement.[1]  Based on the stipulation and statement submitted,

IT IS HEREBY ORDERED that the parties shall file their cross-motions for summary judgment no later than January 8, 2008.  The parties shall file their opposition papers no later than January 22, 2008.  The motions will be heard at 10:00 a.m. on February 12, 2008.

IT IS FURTHER ORDERED that the Case Management Conference is continued to March 11, 2008.

Dated: *11/14/07*

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*