1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12 JIN WU and CHANG ZHANG,                )
                                          ) No. C 07-3118-PVT
13                Plaintiffs,             )
                                          )
14        v.                              ) **STIPULATION TO EXTEND DUE DATE**
                                          ) **FOR SUMMARY JUDGMENT**
15 ALBERTO GONZALES, United States        ) **MOTIONS BY TWO DAYS; AND**
   Attorney General, U.S. Department of Justice; ) **[PROPOSED] ORDER**
16 MICHAEL CHERTOFF, Secretary of the     )
   Department of Homeland Security;       )
17 EMILIO GONZALEZ, Director of Unite States )
   Citizenship and Immigration Services,  )
18                                        )
                  Defendants.             )
19 _____

20    The plaintiffs, by and through their attorneys of record, and defendants, by and through their

21 attorneys of record, hereby stipulate to a two-day extension of their summary judgment motions.

22 Subject to approval of the Court, the parties' motions for summary judgment, which were due on

23 January 8, 2008, will be due on January 10, 2008.

24

25

26

27

28

STIPULATION TO EXTEND DUE DATE FOR SUMMARY JUDGMENT MOTIONS
C 07-3118 PVT

1  Dated: January 8, 2008                    Respectfully submitted,

2                                            JOSEPH P. RUSSIONELLO
                                             United States Attorney
3
4                                                  /s/
                                             EDWARD A. OLSEN
                                             Assistant United States Attorney
5                                            Attorneys for Defendants

6

7  Dated: January 8, 2008                          /s/
                                             JUSTIN FOK
8                                            Law Offices of Jean D. Chen
                                             Attorneys for Plaintiffs

9

10

11

12                          **ORDER**

13    Pursuant to stipulation, IT IS SO ORDERED.

14

15
   Date:  1/10/08
16                                           PATRICIA V. TRUMBULL
                                             United States Magistrate Judge
17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND DUE DATE FOR SUMMARY JUDGMENT MOTIONS
C 07-3118 PVT