## DECLARATION OF JIN WU

JIN WU, pursuant to 28 U.S.C. § 1746, declares the following:

1. I am a citizen of the People's Republic of China and I have applied to become a permanent resident of the United States. I currently reside at 3003 Mauricia Avenue, Santa Clara, CA 95051.

2. I am the primary applicant of an I-485 *Application to Register Permanent Resident or Adjust Status*, and have been assigned the alien registration number A97 362 879 by the United States Citizenship and Immigration Services (USCIS).

3. I properly submitted my I-485, and paid a $385 filing fee to the USCIS California Service Center, which was received on April 27, 2005.

4. I have been waiting for over 2 ½ years for my application to be processed.

5. Every year I must apply for both an Employment Authorization Document (EAD) and Advance Parole (AP) in order to work and travel legally. This creates an additional burden since I would not have to apply for an EAD or AP if my I-485 were processed on time.

6. The delay in the processing of my I-485 prevents me from making important long-term decisions. I live with the day-to-day stress of not knowing if I will reside in this country permanently or be forced to leave the United States.

7. I wish to become a citizen of the United States as quickly as possible so that I may exercise my right to vote. Because of this I-485 processing delay, I am unable to accrue the five-year residency required for legal permanent residents who wish to attain citizenship. If my application were processed under normal

processing times, I would already have 2 years of the required 5 years of residency.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Santa Clara, California
On this 7th day of January 2008.

Jin Wu

# ATTACHMENT A

Department of Homeland Security
U.S. Citizenship and Immigration Ser[vices]

I-797C, Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>WAC-05-149-50046 | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|
| RECEIVED DATE<br>April 27, 2005 | PRIORITY DATE | APPLICANT A97 362 870<br>WU, JIN |
| NOTICE DATE<br>May 2, 2005 | PAGE<br>1 of 1 | |

MILES ROEDER
TAFAPOLSKY & SMITH LLP
RE: JIN WU
90 NEW MONTGOMERY ST 8 FL
SAN FRANCISCO CA 94105

Notice Type: Receipt Notice

Amount received: $ 385.00
Section: Adjustment as direct beneficiary of immigrant petition

**Receipt notice** - If any of the above information is incorrect, call customer service immediately.

**Processing time** - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

**Notice to all customers with a pending I-130 petition** - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283

