## DECLARATION OF CHANG ZHANG

CHANG ZHANG, pursuant to 28 U.S.C. § 1746, declares the following:

1. I am a citizen of the People's Republic of China and I have applied to become a legal permanent resident of the United States. I currently reside at 3003 Mauricia Avenue, Santa Clara, CA 95051.

2. I am the derivative applicant of an I-485 *Application to Register Permanent Resident or Adjust Status*, and I have been assigned the alien registration number A97 362 871 by the United States Citizenship and Immigration Services (USCIS).

3. I properly submitted my I-485, and paid a $385 filing fee to the USCIS California Service Center, which was received on April 27, 2005. **(ATTACHMETN A)**

4. I have been waiting for over 2 ½ years for the USCIS to process my I-485.

5. Since September 2002, I have been working for Acellent Technologies Inc., (Acellent) located in Sunnyvale, CA, as a member of the Research and Development team. **(ATTACHMENT B)**

6. Acellent develops Structural Health Monitoring applications for the Defense and Aerospace industries. Many of the projects at Acellent deal with technology that falls within the definition of "controlled technology" under 22 CFR 120 and are thus restricted to only United States citizens or legal permanent residents of the United States. Even though I am the most suitable person for many of these projects, my company is prevented from allowing me to become involved due to this restriction. The I-485 processing delay detracts from my value as an employee at Acellent and is a burden to my company. **(ATTACHMENT B)**

7. Similarly, I am unable to attend certain research meetings that discuss sensitive technologies, such as the DARPA Macroelectronics Meeting. These meetings require either legal permanent resident status or U.S. citizenship in order to attend. Because of the delay in my I-485 processing, my career development is hindered and company research suffers. (ATTACHMENT B)

8. While my I-485 application remains pending, I must apply for Advance Parole (AP) in order to travel outside the country.

9. On March 22, 2007, I applied for AP in order to attend an important business meeting in Germany. (ATTACHMENT C)

10. Fearing that my AP application would not be approved in time for the June 10, 2007, meeting, my employer wrote to the USCIS twice in the hopes of expediting the process. (ATTACHMENT C)

11. My Advanced Parole application was not approved in time and I was forced to miss this important business trip. This unfortunate situation negatively affected Acellent Technologies' business endeavors and detracts from my value as an employee of the company. (ATTACHMENT B) It would not have been necessary to obtain AP for travel if my I-485 was processed in a timely manner.

12. This delay in the processing of my I-485 also prevents me from making important long-term decisions. I live with the day-to-day stress of not knowing if I will reside in this country permanently or be forced to leave the United States.

13. I wish to become a citizen of the United States as quickly as possible so that I may exercise my right to vote. Because of this I-485 processing delay, I am unable to accrue the five-year residency required for legal permanent residents

who wish to attain citizenship. If my application were processed under normal processing times, I would already have 2 years of the required 5 years of residency.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Santa Clara, California
On this 7th day of January 2008,

Chang Zhang

# ATTACHMENT A

Department of Homeland Security
U.S. Citizenship and Immigration Services

I-797C, Notice of Action

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE | I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| WAC-05-149-50075 | | |
| RECEIVED DATE | PRIORITY DATE | APPLICANT A97 362 871 |
| April 27, 2005 | | ZHANG, CHANG |
| NOTICE DATE | PAGE | |
| May 2, 2005 | 1 of 1 | |

MILES ROEDER
TAFAPOLSKY & SMITH LLP
RE: CHANG ZHANG
90 NEW MONTGOMERY ST 8 FL
SAN FRANCISCO CA 94105

Notice Type: Receipt Notice

Amount received: $ 385.00

Section: Derivative adjustment

Receipt notice - If any of the above information is incorrect, call customer service immediately.

Processing time - Processing times vary by kind of case.
- You can check our current processing time for this kind of case on our website at uscis.gov.
- On our website you can also sign up to get free e-mail updates as we complete key processing steps on this case.
- Most of the time your case is pending the processing status will not change because we will be working on others filed earlier.
- We will notify you by mail when we make a decision on this case, or if we need something from you. If you move while this case is pending, call customer service when you move.
- Processing times can change. If you don't get a decision or update from us within our current processing time, check our website or call for an update.

If you have questions, check our website or call customer service. Please save this notice, and have it with you if you contact us about this case.

Notice to all customers with a pending I-130 petition - USCIS is now processing Form I-130, Petition for Alien Relative, as a visa number becomes available. Filing and approval of an I-130 relative petition is only the first step in helping a relative immigrate to the United States. Eligible family members must wait until there is a visa number available before they can apply for an immigrant visa or adjustment of status to a lawful permanent resident. This process will allow USCIS to concentrate resources first on cases where visas are actually available. This process should not delay the ability of one's relative to apply for an immigrant visa or adjustment of status. Refer to www.state.gov/travel <http://www.state.gov/travel> to determine current visa availability dates. For more information, please visit our website at www.uscis.gov or contact us at 1-800-375-5283.

Always remember to call customer service if you move while your case is pending. If you have a pending I-130 relative petition, also call customer service if you should decide to withdraw your petition or if you become a U.S. citizen.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
U.S. CITIZENSHIP & IMMIGRATION SVC
CALIFORNIA SERVICE CENTER
P. O. BOX 30111
LAGUNA NIGUEL CA 92607-0111
Customer Service Telephone: (800) 375-5283



Form I-797C (Rev. 08/31/04) N

**ATTACHMENT B**



**ACELLENT** technologies, inc ......

Acellent Technologies Inc
835 Stewart Dr.
Sunnyvale, CA, 94085
Tel: (408) 745-1188
Fax: (408) 745-6168

12/3/07

To Whom It May Concern:

This letter is to support Dr. Chang Zhang's Green Card application. Dr. Chang Zhang applied for Green card jointly with his wife Jin Wu since April 2005. He has encountered many issues during this process. It has been more than two and a half years and the case is still pending.

Acellent Technologies is the leading company in Structural Health Monitoring (SHM) with applications in defense and security, Aerospace and Aeronautics. Currently, Dr. Chang Zhang is one of the key researchers in our R&D team. Although he is the most suitable person for many of our projects because of his extensive research experiences, we can not get him involved in many projects because they are restricted to at least Green Card holders. This causes that Dr. Chang Zhang could not fully contribute to the company which is a big loss to our company.

Even though Dr. Chang Zhang is a very active researcher in the research community, on some important research meetings such as the DARPA Macroelectronics meeting, he can not attend some sessions since some of the contents in these sessions are limited to at least Green Card holders. This not only holds back Dr. Zhang's career development, but also slows down his research works in our company as well.

Moreover, Dr. Chang Zhang could not make some important international trips due to the difficulty to come back to US. For example, he could not make one important business trip to German in June this year due to the green card issue and late approval of the Advance Parole documents by USCIS (please see the attached supporting documents to request speeding up the Advance Parole processing). This situation caused many negative effects to the company too.

In summary, Dr. Chang Zhang will be able to contribute significantly much more if his Green Card application can be approved ASAP.

Sincerely,

Irene Li.
President
Acellent Technologies, Inc.

# ATTACHMENT C



**ACELLENT**
technologies, inc ......

Acellent Technologies Inc
835 Stewart Dr.
Sunnyvale, CA, 94085
Tel: (408) 745-1188

USCIS
1887 Monterey Road
San Jose, CA 95112.

Re: Advance Parole

To Whom It May Concern:

Acellent Technologies, Inc. is sending Dr. Chang Zhang to German for an extremely important business trip. Dr. Chang Zhang will need to leave US on 6/10/07 and come back in about a week.

Dr. Chang Zhang has applied to renew the Advance Parole and EAD on 3/22/07 and the application has not been approved by now. We will appreciate it if you can kindly speed up the process and grant the application as soon as possible so that Dr. Chang Zhang can come back to work smoothly after the business trip.

Dr. Chang Zhang's AP receipt number is: LIN-07-121-52910
And his EAD receipt number is: LIN-07-123-52829

Should you have any questions, please feel free to contact me at (408) 745-1188 ext.4009. Thank you very much.

Sincerely,

5/23/07

Peter Qing, Ph. D.
General Manager
Director, Sensor Technology
Acellent Technologies, Inc.



Acellent Technologies Inc
835 Stewart Dr.
Sunnyvale, CA, 94085
Tel: (408) 745-1188
Fax: (408) 745-6168

6/1/07

USCIS
1887 Monterey Road
San Jose, CA 95112.

Re: Advance Parole

To Whom It May Concern:

Acellent mailed an urgent request to speed up the processing of Dr. Chang Zhang's I131 and I765 application on 5/23/07. USCIS received the request on 5/24/07.

Acellent Technologies, Inc. is sending Dr. Chang Zhang to German for an extremely important business trip. Dr. Chang Zhang will need to leave US on 6/10/07 and come back in about a week.

Dr. Chang Zhang's AP receipt number is: LIN-07-121-52910
And his EAD receipt number is: LIN-07-123-52829

Attached please find the copy of the last request and the mail record. We will appreciate it if you can kindly speed up the process and grant the application as soon as possible so that Dr. Chang Zhang can come back to work smoothly after the business trip.

Should you have any questions, please feel free to contact me at (408) 745-1188 ext.4009. Thank you very much.

Sincerely,

Peter Qing, Ph.D.
General Manager
Acellent Technologies, Inc.

# FedEx US Airbill

**1 From**
Date: 6/1/07
Sender's Name: David C. Zheng
Sender's FedEx Account Number: 2131-6455-7
Company: ACELLENT TECHNOLOGIES, INC
Phone: (408) 745-1188
Address: 835 STEWART DR STE C-3
City: SUNNYVALE   State: CA   ZIP: 94085

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name: NEBRASKA SERVICE CENTER
Phone: (800) 375-5283
Company: USCIS NSC
Address: P.O. Box 87131
City: Lincoln   State: NE   ZIP: 68508

FedEx Tracking Number: 8605 0654 4848

**4a Express Package Service**
☒ FedEx Priority Overnight

**5 Packaging**
☒ FedEx Envelope

**7 Payment** Bill to:
☒ Sender

Total Packages: 1
Total Weight: 
Total Declared Value: $100.00

0353127729