Justin Fok, Esq., CA Bar #242272
Law Offices of Jean D. Chen
2107 N. 1st Street, Suite 400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiffs
Jin Wu and Chang Zhang

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| **Jin Wu** and **Chang Zhang** | Case No. C 07-3118 PVT |
| Plaintiffs, | **PLAINTIFF'S PROPOSED ORDER FOR CROSS-MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| **Alberto Gonzales**, United States Attorney General, U.S. Department of Justice; **Michael Chertoff**, Secretary of the Department of Homeland Security, **Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services, | Date:    February 12, 2008<br>Time:   10:00 AM<br>Judge:  Hon. Patricia V. Trumbull |
| Defendants. | |

The Court finds that the Defendants have a clear, non-discretionary duty to adjudicate Plaintiffs' I-485 within a reasonable time under both the Mandamus and Administrative Procedures Acts. This Court further finds that over two and a half years is an unreasonable length of time as a matter of law for the adjudication of an I-485, *Application to Register Permanent Residence or Adjust Status*.

Accordingly, it is hereby ORDERED that:

1. Plaintiffs' Motion for Summary Judgment is GRANTED.
2. Defendants' Motion for Summary Judgment is DENIED.
3. Defendants shall adjudicate Plaintiffs' I-485 applications forthwith, and complete adjudication within 60 days of this order.
4. The Court shall retain jurisdiction over this matter for a period of 120 days to ensure compliance with this order.

This case is CLOSED.  IT IS SO ORDERED

Dated: _____
Patricia V. Trumbull
United States Magistrate Judge