1  Justin Fok, Esq., CSBN: 242272
   Law Offices of Jean D. Chen
2  2107 N. 1st Street, #400
3  San Jose, CA 95131
   Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5

6  Attorney for Plaintiffs
   Jin Wu and Chang Zhang
7

8                   **UNITED STATES DISTRICT COURT**

9                   **NORTHERN DISTRICT OF CALIFORNIA**

10                              **SAN JOSE DIVISION**

11

| | |
|---|---|
| **Jin Wu** and **Chang Zhang** ) | Case No. C07-3118 PVT |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | **STIPULATION TO EXTEND DUE DATE** |
| **Alberto Gonzales**, United States Attorney ) | **FOR OPPOSITION TO SUMMARY** |
| General, U.S. Department of Justice; ) | **JUDGMENT MOTIONS BY SEVEN** |
| **Michael Chertoff**, Secretary of the ) | **DAYS, AND [PROPOSED] ORDER** |
| Department of Homeland Security; ) | |
| **Emilio T. Gonzalez**, Director of United States ) | |
| Citizenship and Immigration Services; ) | **Immigration Case** |
| ) | |
| ) | |
| Defendants ) | |

21

22       Plaintiffs, by and through their attorneys of record, and defendants, by and through their

23  attorneys of record, hereby stipulate to a seven-day extension for their opposition to summary

24  judgment motions.  Subject to approval by the Court, the parties' opposition to summary

25  judgment motions, which were due on January 22, 2008, will be due on January 29, 2008.

26

27

28

Case No.  C07-3118 PVT                         1
Stipulation to Extend Due Date for Opposition to Summary Judgment

1  Dated: January 22, 2008               Respectfully Submitted,

2

3                                         _____/s/_____
                                          Justin Fok, CSBN: 242272
4                                         Attorney for Plaintiffs

5

6
   Dated:  January 22, 2008               _____/s/_____
7                                         Edward A. Olsen
                                          Assistant United States Attorney
8                                         Attorneys for Defendants

9

10                          **ORDER**

11

12       Pursuant to stipulation, IT IS SO ORDERED.

13

14 Date:

15                                         _____
                                           Patricia V. Trumbull
16                                         United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26

27

28

Case No.  C07-3118 PVT                2
Stipulation to Extend Due Date for Opposition to Summary Judgment