Justin Fok, Esq., CSBN: 242272
Law Offices of Jean D. Chen
2107 N. 1st Street, #400
San Jose, CA 95131
Telephone: (408) 437-1788
Facsimile:  (408) 437-9788
Email: jfok@jclawoffice.com

Attorney for Plaintiffs
Jin Wu and Chang Zhang

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| **Jin Wu** and **Chang Zhang**<br><br>  Plaintiffs,<br><br>  v.<br><br>**Alberto Gonzales**, United States Attorney General, U.S. Department of Justice;<br>**Michael Chertoff**, Secretary of the Department of Homeland Security;<br>**Emilio T. Gonzalez**, Director of United States Citizenship and Immigration Services;<br><br>  Defendants | Case No. C07-3118 PVT<br><br>**STIPULATION TO EXTEND DUE DATE FOR OPPOSITION TO SUMMARY JUDGMENT MOTIONS BY SEVEN DAYS, AND [PROPOSED] ORDER**<br><br>**Immigration Case** |

    Plaintiffs, by and through their attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate to a seven-day extension for their opposition to summary judgment motions.  Subject to approval by the Court, the parties' opposition to summary judgment motions, which were due on January 22, 2008, will be due on January 29, 2008.

1  Dated: January 22, 2008                                    Respectfully Submitted,

3                                                                                    ____/s/_____
4                                                                                    Justin Fok, CSBN: 242272[1]
                                                                                     Attorney for Plaintiffs

7  Dated:  January 22, 2008                                   ____/s/_____
                                                                                     Edward A. Olsen
8                                                                                    Assistant United States Attorney
                                                                                     Attorneys for Defendants

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

_____
Patricia V. Trumbull
United States Magistrate Judge

---

[1] I, Justin Fok, hereby attest that I have on file all holograph signatures for any signatures indicated by a "confirmed" signature (/s/) within this efiled document.

Case No.  C07-3118 PVT                              2
Stipulation to Extend Due Date for Opposition to Summary Judgment