1  Justin Fok, Esq., CSBN: 242272
   Law Offices of Jean D. Chen
2  2107 N. 1ˢᵗ Street, #400
3  San Jose, CA 95131
   Telephone: (408) 437-1788
4  Facsimile:  (408) 437-9788
   Email: jfok@jclawoffice.com
5
6  Attorney for Plaintiffs
   Jin Wu and Chang Zhang
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11

   **Jin Wu** and **Chang Zhang**          )  Case No. C07-3118 PVT
12                                          )
                Plaintiffs,                 )
13                                          )
        v.                                  )
14                                          )
                                            )  **STIPULATION TO EXTEND DUE DATE**
15 **Alberto Gonzales**, United States Attorney )  **FOR OPPOSITION TO SUMMARY**
   General, U.S. Department of Justice;     )  **JUDGMENT MOTIONS BY SEVEN**
16 **Michael Chertoff**, Secretary of the   )  **DAYS, AND [PROPOSED] ORDER**
   Department of Homeland Security;         )
17 **Emilio T. Gonzalez**, Director of United States )
   Citizenship and Immigration Services;    )  **Immigration Case**
18                                          )
                                            )
19                                          )
                Defendants                  )
20 _____ )

21

22     Plaintiffs, by and through their attorneys of record, and defendants, by and through their

23 attorneys of record, hereby stipulate to a seven-day extension for their opposition to summary

24 judgment motions.  Subject to approval by the Court, the parties' opposition to summary

25 judgment motions, which were due on January 22, 2008, will be due on January 29, 2008.

26

27

28

Case No.  C07-3118 PVT                   1
Stipulation to Extend Due Date for Opposition to Summary Judgment

1  Dated: January 22, 2008                                     Respectfully Submitted,

3                                                                                    ___/s/_____
4                                                                                    Justin Fok, CSBN: 242272[1]
                                                                                     Attorney for Plaintiffs

7  Dated: January 22, 2008                                     ___/s/_____
                                                                                     Edward A. Olsen
8                                                                                    Assistant United States Attorney
                                                                                     Attorneys for Defendants

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Date:  1/29/08

                                                                                     *Patricia V. Trumbull* (signature)
                                                                                     Patricia V. Trumbull
                                                                                     United States Magistrate Judge

---

[1] I, Justin Fok, hereby attest that I have on file all holograph signatures for any signatures indicated by a "confirmed" signature (/s/) within this efiled document.

Case No.  C07-3118 PVT                         2
Stipulation to Extend Due Date for Opposition to Summary Judgment