Exhibit 1

# USCIS Fee Schedule

**Effective: July 30, 2007**

USCIS fees change on July 30, 2007. This fee schedule applies if you file on or after that date. The fees listed below include both the filing fee and any required biometric fees.

| Form # | Purpose | Fee |
|---|---|---|
| I 90 | Renew or replace your Permanent Resident Card (green card) | |
| | If filing to renew your card within 30 days of turning 14 | No fee |
| | All others where a fee is required: filing + biometric= | $ 370 |
| I 102 | Replace or receive an I-94 Nonimmigrant Arrival-Departure Record | $ 320 |
| I 129 | Petition for Nonimmigrant Worker | $ 320 |
| | Note: Petitions for H-1B, H2B and L-1 workers must also include the supplemental fees and fraud prevention fees described on the form. Those fee amounts are unchanged. | |
| I 129F | Fiancée Petition | |
| | General fiancée petition: | $ 455 |
| | For K-3 status based on an immigrant petition filed by the same U.S. citizen husband or wife. | No fee |
| I 130 | Relative Petition | $ 355 |
| I 131 | Reentry permit, refugee travel document or advance parole | |
| | Reentry permit or refugee travel document | $ 305 |
| | Advance Parole | $ 305 |
| I 140 | Petition for an Immigrant Worker | $ 475 |
| I 191 | Permission to return to an unrelinquished domicile | $ 545 |
| I 192 | Advance permission to enter as a Nonimmigrant | $ 545 |
| I 193 | Waive passport and/or visa requirement to enter the U.S. | $ 545 |
| I 212 | Permission to reapply for Admission to the U.S. after deportation or removal | $ 545 |
| I 290B | Appeal; Motion to Reopen or Reconsider | $ 585 |
| I 360 | Petition for AmerAsian, Widow(er) of U.S.C. or Special Immigrant | |
| | For AmerAsian | No fee |
| | Self-petitioning battered or abused spouse, parent or child of a U.S. citizen or Permanent Resident | No fee |
| | Special Immigrant Juvenile | No fee |
| | All others | $ 375 |
| I 485 | Adjust status and become a permanent resident while in the U.S. | |
| | Applying based on your having been admitted to the U.S. as a refugee | No fee |
| | All other eligibility- | |
| | If under 14 and - filing with the I-485 application of at least one parent: | $ 600 |
| | not filing with the I-485 application of at least one parent: | $ 930 |
| | If 79 or older | $ 930 |
| | All others: filing + biometric= | $ 1,010 |
| | Note: The penalty fee, where it applies, is in addition to the above fees, and is unchanged. | |
| I 526 | Investor Petition | $ 1,435 |
| I 539 | Extend stay as Nonimmigrant or change Nonimmigrant status | $ 300 |
| I 589 | Asylum | No fee |
| I 600A | Advance processing for Orphan Petition - $750 (filing + biometric) for you + $ 80 biometric fee for each person 18 or older living with you | |
| | Note: If you already have an approved I-600A that is about to expire, and have not yet filed your I-600 petition, you can receive one free extension of your I-600A by filing a new I-600A without fee before the first expires. | |
| I 600 | Orphan Petition    If based on an approved I-600A | No fee |
| | Otherwise    $750 (filing + biometric) for you + $ 80 biometric fee for each person 18 or older living with you | |
| I 601 | Waive grounds of excludability | $ 545 |
| I 612 | Waive foreign residence requirement | $ 545 |
| I-730 | Refugee/Asylee Relative Petition | No fee |
| I 751 | Remove conditions on your Permanent Resident status   $ 545 (filing + biometric) for you + $80 biometric fee for each dependent you include in your application | |
| I 765 | Employment Authorization /Employment Authorization Document (EAD) | $ 340 |
| I 821 | Temporary Protected Status (TPS) Program | |
| | First time applicant    If under 14 and not applying for an EAD | $ 50 |
| | Otherwise: filing + biometric= | $ 130 |
| | Renewal or re-registration: biometric= | $ 80 |
| I 824 | Follow-up action on an approved application or petition | $ 340 |

*Continued on Back...*

# USCIS Fee Schedule

Effective: July 30, 2007

| Form # | Purpose | | Fee |
|---|---|---|---|
| I 829 | Remove conditions on Permanent Resident status (investor) | | $ 2,930 (filing + biometric) for you + $80 biometric fee for each dependent you include in your application |
| I 881 | NACARA – suspension of deportation or special rule | | |
| | Filed with USCIS - A base filing fee of $ 285 per person, with a base fee family cap of $ 570 for applications filed together by a husband, wife and unmarried children. Each applicant must also pay an $ 80 biometric fee. | | |
| | Filed with the Immigration Court | | $ 165 |
| I 905 | Authorization for organization to issue certification to health care workers | | $ 230 |
| I 907 | Premium processing fee | | $ 1,000 |
| I 914 | For 'T' nonimmigrant status | | No fee |

## U.S. Citizenship

| Form # | Purpose | | Fee |
|---|---|---|---|
| N 300 | To file Declaration of Intent to apply for U.S. Citizenship | | $ 235 |
| N 336 | Request hearing on decision on naturalization application | | $ 605 |
| N 400 | Naturalization (to become a U.S. citizen) | Through service in the U.S. armed forces | No fee |
| | | All others: filing + biometric= | $ 675 |
| N 470 | Preserve residence for naturalization purposes | | $ 305 |
| N 565 | Replace Naturalization/Citizenship Certificate | | $ 380 |
| N 600 | Recognition of U.S. citizenship | for biological child | $ 460 |
| N 600K | | for adopted child | $ 420 |
| N 644 | Posthumous citizenship | | No fee |

## Programs under the 1986 Legalization and Special Agricultural Worker (SAW) Programs

| Form # | Purpose | | Fee |
|---|---|---|---|
| I 687 | Become a Temporary Resident: filing + biometric= | | $ 790 |
| I 690 | Waive grounds of Excludability | | $ 185 |
| I 694 | Appeal | | $ 545 |
| I 695 | Replace Temporary Resident Card or Employment Authorization Document: filing + biometric= | | $ 210 |
| I 698 | Temporary Resident's application for permanent resident status | | |
| | Filed within 31 months after granted temporary residence: filing + biometric= | | $ 1,450 |
| | Filed later: filing + biometric= | | $ 1,490 |
| I 817 | Status under Family Unity Program | If under 14 | $ 440 |
| | | All others: filing + biometric= | $ 520 |

Please be sure you include the correct fee. Cases with the wrong fee will be rejected. Your payment must be in U.S. dollars. Checks and money orders must be from U.S. institutions. Do not mail cash. Checks are accepted subject to collection. Make your check out to "Department of Homeland Security" except that:
- If you are filing an I-881 with the Immigration Court make your payment out to "Department of Justice".
- If you live in Guam, make your payment out to "Treasurer, Guam".
- If you live in the U.S. Virgin Islands, make your payment out to "Commissioner of Finance of the Virgin Islands".

Please spell the name out completely. Do not use initials, such as DHS. Filing and biometric fees cannot be refunded. We may use electronic check conversion for the payment process. Our returned check fee is $30.

**Fee waivers** – USCIS has already waived fees for certain kinds of cases and circumstances. In certain other instances an applicant or petitioner who believes that they are financially unable to pay that fee even though others must pay that fee can apply for a fee waiver. Waiver requests can only be considered for the following forms – I-90; I-751; I-765; I-817; N-300; N-400; N-470; N-565; N-600; N-600k; the I-485 if adjustment of status if based on asylum status, on 'T' or 'U' nonimmigrant status, on an approved self-petitioning battered or abused spouse, parent or child of a U.S. citizen or Permanent Resident, or to whom the public charge provisions do not apply; and the I-290B and N-336 appeals and motions for the above forms. For more information about how to apply, and how to prove eligibility for a waiver, see our website or call us at 1-800-375-5283.

**Copies of documents** – If you are applying to renew or replace a card or USCIS document, and the instructions say to include your current one when you apply, then you must submit your actual card or document. For all other applications and petitions you can submit legible photocopies of documents such as a Naturalization Certificate, birth certificate, marriage certificate, divorce decree or Permanent Resident Card. Any copy must be a complete copy of the front and back. As we process your case we may ask you for the original for verification.

**Adjustment applications and ancillary benefits** – The new application fee for an I-485 is a package fee that includes associated EAD and advance parole applications. Thus, if you file an I-485 with the fee listed above, while you will still need to submit applications for an EAD and advance parole, you will not need to pay a separate fee so long as your adjustment application is pending. However, if you filed your I-485 before this fee change, to apply for or renew your EAD or advance parole, you must file a new application with the new fee for those applications.