```
 1  JOSEPH P. RUSSONIELLO, CSBN 44332
    United States Attorney
 2  JOANN M. SWANSON, CSBN 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    EDWARD A. OLSEN, CSBN 214150
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-6915
       FAX: (415) 436-6927
 7
    Attorneys for Defendants
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JIN WU and CHANG ZHANG, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ALBERTO GONZALES, United States ) <br> Attorney General, U.S. Department of Justice; ) <br> MICHAEL CHERTOFF, Secretary of the ) <br> Department of Homeland Security; ) <br> EMILIO GONZALEZ, Director of Unite States ) <br> Citizenship and Immigration Services, ) <br> ) <br> Defendants. ) | No. C 07-3118-PVT <br><br> **STIPULATION TO HOLD CASE IN ABEYANCE FOR 60 DAYS; AND [PROPOSED] ORDER** |

The plaintiffs, by and through their attorneys of record, and defendants, by and through their attorneys of record, hereby stipulate, subject to approval of the Court, to hold this case in abeyance for a period of sixty days, in light of the fact that the United States Citizenship and Immigration Services (USCIS) has very recently adopted a change in its approach to FBI name checks (which is a cause of the delay in this case), which may cause this action to be moot within the next sixty days.

STIPULATION TO HOLD CASE IN ABEYANCE
C 07-3118 PVT

1 | Dated: February 8, 2008

Respectfully submitted,

JOSEPH P. RUSSIONELLO
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: February 8, 2008

JUSTIN FOK
Law Offices of Jean D. Chen
Attorneys for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:

PATRICIA V. TRUMBULL
United States Magistrate Judge

STIPULATION TO HOLD CASE IN ABEYANCE
C 07-3118 PVT