1 JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
2 JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
4 Assistant United States Attorney

5  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
6  Telephone: (415) 436-6915
   FAX: (415) 436-6927
7
8 Attorneys for Defendants

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11                          SAN JOSE DIVISION

12 JIN WU and CHANG ZHANG,              )
                                        ) No. C 07-3118-PVT
13             Plaintiffs,              )
                                        )
14        v.                            ) **STIPULATION TO HOLD CASE IN**
                                        ) **ABEYANCE FOR 60 DAYS; AND**
15 ALBERTO GONZALES, United States      ) [PROPOSED] **ORDER**
   Attorney General, U.S. Department of Justice; )
16 MICHAEL CHERTOFF, Secretary of the   )
   Department of Homeland Security;     )
17 EMILIO GONZALEZ, Director of Unite States )
   Citizenship and Immigration Services, )
18                                      )
               Defendants.              )
19 _____

20    The plaintiffs, by and through their attorneys of record, and defendants, by and through their

21 attorneys of record, hereby stipulate, subject to approval of the Court, to hold this case in abeyance

22 for a period of sixty days, in light of the fact that the United States Citizenship and Immigration

23 Services (USCIS) has very recently adopted a change in its approach to FBI name checks (which is

24 a cause of the delay in this case), which may cause this action to be moot within the next sixty

25 days.

26

27

28

STIPULATION TO HOLD CASE IN ABEYANCE
C 07-3118 PVT

1  Dated: February 8, 2008

Respectfully submitted,

JOSEPH P. RUSSIONELLO
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

Dated: February 8, 2008

JUSTIN FOK
Law Offices of Jean D. Chen
Attorneys for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 2/11/08

PATRICIA V. TRUMBULL
United States Magistrate Judge

STIPULATION TO HOLD CASE IN ABEYANCE
C 07-3118 PVT