**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JIN WU, CHANG ZHANG, | C 07-3118 PVT |
| *Plaintiff(s),* | |
| | **CLERK'S NOTICE RESCHEDULING** |
| | **CASE MANAGEMENT CONFERENCE** |
| vs. | |
| ALBERTO GONZALES, ET AL., | |
| *Defendant(s).* | |

Please take notice that the Case Management Conference previously scheduled for March 11, 2008 at 2:00 p.m. has been **Rescheduled to May 20, 2008 at 2:00 p.m.** before Magistrate Patricia V. Trumbull. Parties are to file a Joint Case Management Conference on or before May 13, 2008. Parties are to appear in courtroom #5, 4th Floor of the U.S. Courthouse, 280 South First Street, San Jose, California.

Dated: March 4, 2008

/s/ Corinne Lew
_____
Corinne Lew
DEPUTY CLERK