JOSEPH P. RUSSONIELLO, CSBN 44332
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
EDWARD A. OLSEN, CSBN 214150
Assistant United States Attorney

　450 Golden Gate Avenue, Box 36055
　San Francisco, California 94102
　Telephone: (415) 436-6915
　FAX: (415) 436-6927

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| JIN WU and CHANG ZHANG, | ) | No. C 07-3118 PVT |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO DISMISS; AND** |
| | ) | **[PROPOSED] ORDER** |
| ALBERTO GONZALES, United States | ) | |
| Attorney General, U.S. Department of Justice; | ) | |
| MICHAEL CHERTOFF, Secretary of the | ) | |
| Department of Homeland Security; | ) | |
| EMILIO GONZALEZ, Director of Unite States | ) | |
| Citizenship and Immigration Services, | ) | |
| | ) | |
| Defendants. | ) | |

　　Plaintiffs, by and through their attorney of record, and Defendants, by and through their

attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action

in light of the adjudication of Plaintiffs' adjustment of status applications (Form I-485).

///

///

///

///

Stipulation to Dismiss
C 07-3118 PVT                    1

1    Each of the parties shall bear their own costs and fees.

2    Date: March 20, 2008

                                        Respectfully submitted,

3

4                                       JOSEPH P. RUSSONIELLO
                                        United States Attorney

5

6

7                                       EDWARD A. OLSEN
                                        Assistant United States Attorney
                                        Attorneys for Defendants

8

9    Dated: March 9, 2008

10                                      JUSTIN FOK
                                        Attorney for Plaintiffs

11

12                              **ORDER**

13    Pursuant to stipulation, IT IS SO ORDERED.

14

15    Dated:

16                                      PATRICIA V. TRUMBULL
                                        United States Magistrate Judge

17

18

19

20

21

22

23

24

25

26    _____

27    [1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any
      signatures indicated by a "conformed" signature (/S/) within this efiled document.

28

Stipulation to Dismiss
C 07-3118 PVT                           2