1  JOSEPH P. RUSSONIELLO, CSBN 44332
   United States Attorney
2  JOANN M. SWANSON, CSBN 88143
   Assistant United States Attorney
3  Chief, Civil Division
   EDWARD A. OLSEN, CSBN 214150
4  Assistant United States Attorney

5     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-6915
      FAX: (415) 436-6927
7
   Attorneys for Defendants
8
                      UNITED STATES DISTRICT COURT
9
                     NORTHERN DISTRICT OF CALIFORNIA
10
                              SAN JOSE DIVISION
11
   JIN WU and CHANG ZHANG,            )
12                                    )   No. C 07-3118 PVT
                 Plaintiffs,          )
13                                    )
           v.                         )   **STIPULATION TO DISMISS; AND**
14                                    )   **[PROPOSED] ORDER**
   ALBERTO GONZALES, United States    )
15 Attorney General, U.S. Department of Justice; )
   MICHAEL CHERTOFF, Secretary of the )
16 Department of Homeland Security;   )
   EMILIO GONZALEZ, Director of Unite States )
17 Citizenship and Immigration Services, )
                                      )
18               Defendants.          )
   _____)
19

20     Plaintiffs, by and through their attorney of record, and Defendants, by and through their

21 attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action

22 in light of the adjudication of Plaintiffs' adjustment of status applications (Form I-485).

23 ///

24 ///

25 ///

26 ///

27

28
   Stipulation to Dismiss
   C 07-3118 PVT                                1

1 | Each of the parties shall bear their own costs and fees.
2 | Date: March 20, 2008

Respectfully submitted,

JOSEPH P. RUSSONIELLO
United States Attorney

EDWARD A. OLSEN
Assistant United States Attorney
Attorneys for Defendants

9 | Dated: March 19, 2008

JUSTIN FOK
Attorney for Plaintiffs

## ORDER

Pursuant to stipulation, IT IS SO ORDERED.

Dated: 3/25/08

PATRICIA V. TRUMBULL
United States Magistrate Judge

---

[1] I, Edward Olsen, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

Stipulation to Dismiss
C 07-3118 PVT                              2